FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 28 2014

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| JANET HILL,<br>Plaintiff,<br>vs.<br>AMERICA'S WHOLESALE LENDER<br>AND<br>THE BANK OF NEW YORK MELLON<br>AND<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>AND<br>BAYVIEW LOAN SERVICING LLC,<br>AND<br>SHUPING, MORSE & ROSS, LLP<br>Defendant | Case No.: 14-cv-00882<br><br>**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to this Court Rules, Plaintiff hereby moves the Court to dismiss Plaintiff's Complaint without prejudice. Plaintiff has a Chapter 13 pending in the Northern District of Georgia and believes she can get the justice she is seeking via the Bankruptcy Court.

JANET HILL,